# UNITED STATES DISTRICT COURT
for the
District of Alaska

Petition for Warrant for Defendant Under Supervised Release

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Felton Foxglove | **Case Number:** | 3:20-CR-00074-001-TMB |
| **U.S. Marshals Service No.:** | 19915-006 | | |
| **Name of Judicial Officer:** | Honorable Timothy M. Burgess, Chief United States District Judge | | |
| **Date of Original Sentence:** | March 19, 2019 | | |
| **Original Offense:** | Assault by Striking, Beating, and Wounding in violation of 18 U.S.C. § 113(a)(4), a Class A Misdemeanor | | |
| **Original Sentence:** | Time served, to be followed by one year of supervised release | | |
| **Type of Supervision:** | Supervised Release | | |
| **Supervision Commenced:** | April 1, 2020 | | |
| **Assistant U.S. Attorney:** | Bryan Schroder | **Defense Attorney:** | Jamie McGrady |

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes the defendant has violated the following condition(s) of Supervised Release:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | The defendant violated the Special Condition of Supervision, "The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer. In addition to urinalysis testing that may be a part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month," in that the defendant admitted consuming alcohol on August 6, 2020. This is a Grade C violation. |
| 2 | The defendant violated the Special Condition of Supervision, "The defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release or probation for up to 180 days or until discharged by the Program Manager or U.S. Probation Office. The defendant may be responsible for a 10% gross income subsistence fee. The defendant is to remain in custody until arrangements can be made by the U.S. Probation Officer for the direct placement in a residential reentry center. Custody shall not exceed 14 days beyond the date of the Judgment unless extended by the Court," in that the defendant was discharged from |

the Residential Reentry Center for disciplinary reasons, effective August 12, 2020. This is a Grade C violation.

**U.S. PROBATION OFFICER RECOMMENDATION:**

The term of Supervised Release should be:

☒ Revoked

☐ Extended for _____ year, for a total term of _____ years.

The defendant is assessed as a risk of danger to the community, based on the following factors.
- Substance abuse history
- Prior violent behavior
- Supervision status and compliance

The defendant is assessed as a risk of nonappearance based on the following factors.
- Substance abuse history
- Supervision status and compliance

The defendant's criminal history category at the time of sentencing was IV, and the aforementioned allegations are Grade C violations, which carry an advisory sentencing guideline range of 6 to 12 months. The defendant's statutory maximum is one year.

Respectfully submitted,

*Ryan Blackmarr* (signature)

Ryan P. Blackmarr
U.S. Probation Officer
August 12, 2020

Approved by:

*Beth A. Mader* (signature)

Beth A. Mader
Deputy Chief U.S. Probation Officer

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case Number: 3:20-CR-00074-001-TMB |
| vs. | ) | |
| | ) | DECLARATION IN SUPPORT OF PETITION |
| FELTON FOXGLOVE | ) | |

I, Ryan P. Blackmarr, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Felton Foxglove, and in that capacity declare as follows:

On August 10, 2020, the defendant admitted consuming alcohol on August 6, 2020. Furthermore, this officer was informed by Cordova Residential Reentry Center Program Manager that, as a result of this incident, the defendant would be terminated from the Reentry Center program effective August 12, 2020.

Executed this 12th day of August 2020 at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

*Ryan Blackmarr* (signature)

Ryan P. Blackmarr
U.S. Probation Officer